### 15875. ELDER *v.* ABEL.

BELL, J. This being a certiorari case in which exception was taken to a judgment rendered in the municipal court of Macon, and it not affirmatively appearing from the record, after the judge's answer was in, that the writ was applied for within thirty days from the final determination of the case, the judge of the superior court did not err in dismissing the certiorari. *Sirmans* v. *Zucker Importing Co.,* 9 *Ga. App* 789 (72 S. E. 190).

  *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

   DECIDED DECEMBER 17, 1924.

Certiorari; from Bibb superior court—Judge Mathews. July 19, 1924.

*Julian F. Urquhart, Hallie B. Bell,* for plaintiff in error.

*Walter DeFore, James C. Estes,* contra.